DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ELVIS MAHIC,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1181

_____

March 6, 2026

Appeal from the Circuit Court for Pinellas County; Keith Meyer, Judge.

Elvis Mahic, pro se.

James Uthmeier, Attorney General, Tallahassee, and William A. Leto, Assistant Attorney General, Tampa, for Appellee.

SLEET, Judge.

We treat Elvis Mahic's appeal of the order denying his motion to disqualify the presiding judge in the underlying postconviction proceeding as a petition for writ of prohibition, and we deny the petition. *See Tundidor v. State*, 361 So. 3d 775, 777 (Fla. 2023) (treating a petition seeking review of an order denying the defendant's motion to disqualify the judge assigned to preside over his postconviction proceedings as a petition for writ of prohibition).

Denied.

SILBERMAN and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.